**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-109A** **DATE: September 8, 2005**

**TITLE: USA v. ERIC PERRY**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Stephen Dambruch, AUSA
Kevin Fitzgerald, Esq.
Maureen Bradley, Pretrial Services

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Deft informed of charges and rights.
Deft understands charges and rights.
Preliminary exam scheduled for 9/16/05 at 10:00 a.m.
Govt requests detention.
Held by State.
No argument.
Deft remanded to custody.
Detention order to follow.