UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-109A DATE: September 16, 2005**

**TITLE: USA v. ERIC PERRY**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Dambruch, AUSA
Kevin Fitzgerald, Esq.
Maureen Bradely, Pretrial Services

**PROCEEDINGS:**

Preliminary Exam:

Waiver of Preliminary Exam
Court informs Deft of rights
Court questions Deft.
Deft signs waiver.
Court accepts waiver.
Review of detention status.
Deft remanded to custody.